Briana Al Taqatqa (#63249812)
**DORSEY & WHITNEY LLP**
Millennium Building
125 Bank Street, Suite 600
Missoula, MT 59802-4407
(406) 721-6025
altaqatqa.briana@dorsey.com

*Attorney for Defendant Target Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Kristen Rydstrom,          ) | |
|           Plaintiff,       ) | Cause No. _____ |
|    -vs-                    ) | **NOTICE OF REMOVAL** |
| Target Corporation,        ) | |
|           Defendant.       ) | |
|                            ) | |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Target Corporation ("Target") hereby removes the above-captioned action from the Montana Thirteenth Judicial District Court, Yellowstone County, to the United States District Court for the District of Montana, Billings Division. In doing so, Target states as follows:

## PROCEDURAL HISTORY

1. This civil action was originally filed on January 6, 2023, in the Montana Thirteenth Judicial District Court, Yellowstone County, a court located within this District, under Cause Number DV 23-00021 (the "State Court Action").

2. Target received a copy of the Complaint filed in the State Court Action on January 8, 2023.

3. As of the date of this filing, Target has not been served with a Summons and Complaint in the State Court Action.

## FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

4. This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331. Specifically, the Complaint alleges claims arising under the federal Americans with Disabilities Act of 1990.

5. Federal question removal is warranted when "the plaintiff's complaint establishes that the case 'arises under' federal law." *Franchise Tax Bd. v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 10-11 (1983). Plaintiff's Complaint asserts such a claim.

6. Plaintiff's Complaint alleges that she was discriminated against in the area of employment because of her disability and/or retaliated against for engaging in protected activity in violation of Title I of the Americans with Disabilities Act of 1990. 42 U.S.C. § 12101.

7. Plaintiff's claim arises under federal law and this Court has jurisdiction to hear this case.

## PROCEDURAL REQUIREMENTS

8. In accordance with 28 U.S.C. § 1446, Target is filing this Notice of Removal within thirty (30) days of receiving a copy of the initial pleading in this action. Removal is therefore timely under 28 U.S.C. § 1446(b).

9. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the location where the State Court Action is pending.

10. After filing this Notice of Removal, Target will promptly serve written notice of this Notice of Removal on Plaintiff and file a Notice of Filing of Notice of Removal, attaching a copy of this Notice of Removal, with the Clerk of Court in the Montana Thirteenth Judicial District Court, Yellowstone County, in accordance with 28 U.S.C. § 1446(d) and Rule 3.3 of the Local Rules of Procedure of the U.S. District Court for the District of Montana.

11. A true and correct copy of the Complaint in the State Court Action is attached hereto as **Exhibit A**. No other pleadings, process, orders or other documents in the case have been served or otherwise received by Target or, to Target's knowledge, are presently on file in the State Court Action. In the event

such filings come to Target's attention, true and legible copies will immediately be filed with this Court.

## NON-WAIVER OF DEFENSES

12. Target removes this action without waiver of or prejudice to any defenses that may be asserted in this action, including without limitation defenses under Federal Rule of Civil Procedure 12(b) (or the Montana state equivalents), such as objections to lack of service and/or personal jurisdiction.

13. By removing this action from the Montana Thirteenth Judicial District Court, Yellowstone County, Target does not admit any of the allegations contained within Plaintiff's Complaint.

**WHEREFORE,** notice is given that this action is removed from the Montana Thirteenth Judicial District Court, Yellowstone County, to the United States District Court for the District of Montana, Billings Division.

DATED this 8th day of February, 2023.

DORSEY & WHITNEY LLP


*/s/ Briana Al Taqatqa*
Briana Al Taqatqa (#63249812)
altaqatqa.briana@dorsey.com
Millennium Building
125 Bank Street, Suite 600
Missoula, MT 59802-4407
Telephone:  (406) 721-6025

*Attorney for Defendant Target Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2023, the foregoing NOTICE OF REMOVAL was served via U.S. mail upon the following:

Kristen Rydstrom
P.O. Box 81392
Billings, Montana 59108

                                              /s/ *Briana Al Taqatqa*
                                              Briana Al Taqatqa