IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KRISTEN RYDSTROM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION,<br><br>　　　　　　Defendant. | CV 23-14-BLG-KLD<br><br><br>ORDER |

Pursuant to the Court's prior orders (Docs. 26 and 27), the parties have filed a Stipulation of Dismissal with Prejudice. (Doc. 28). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 21st day of July, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1